

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00042-CV

Nancy **WEBB**, Peggy Whipple, and Sharon Bramblett,
Appellants

v.

Arturo **MARTINEZ** Jr.,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-08-00186-CVL
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order appellee recover his costs of this appeal from appellants.

SIGNED December 14, 2016.

_____
Luz Elena D. Chapa, Justice